**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6753**

GRADY STOKES,

Plaintiff - Appellant,

v.

DARREN JACKSON; SHERIFF GRAHAM ATKINSON; GREGORY MOSS, JR.;
HALEY PHILLIPS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Louise W. Flanagan, District Judge.  (5:24-ct-03255-FL)

Submitted:  December 18, 2025                          Decided:  December 23, 2025

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Grady Stokes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Grady Stokes appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Stokes v. Jackson*, No. 5:24-ct-03255-FL (E.D.N.C. Aug. 27, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*